### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RONALD O. McCANTS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 08-0686-KD-C** |
| | ) |
| **ALABAMA-WEST FLORIDA** | ) |
| **CONFERENCE OF THE UNITED** | ) |
| **METHODIST CHURCH, INC., and** | ) |
| **REVEREND BILL ELWELL,** | ) |
| | ) |
|    **Defendants.** | ) |

## JUDGMENT

In accordance with the order on defendants' motion to dismiss entered in the above styled action, it is **ORDERED, ADJUDGED** and **DECREED** that judgment shall be entered in favor of all defendants and that this action shall be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 29th day of May, 2009.

                                                     **s/ Kristi K. DuBose**
                                                   **KRISTI K. DuBOSE**
                                                   **UNITED STATES DISTRICT JUDGE**